# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| SHAWN HENDERSON, | : | 1:12-cv-1672 |
| --- | --- | --- |
| Plaintiff, | : | |
| | : | Hon. John E. Jones III |
| 5. | : | |
| | : | Hon. Martin C. Carlson |
| SCOTT MIDDLEBROOKS, *et al.*, | : | |
| Defendant. | : | |

## ORDER

### March 25, 2013

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Report & Recommendation of Chief Magistrate Judge Carlson (doc. 25) is **ADOPTED** in its entirety.

2. The Defendants' Motion to Dismiss or in the alternative for Summary Judgment (doc. 19) is **GRANTED** and the Plaintiff's Complaint (doc. 1) is **DISMISSED** with prejudice.

3. The Clerk of Court **SHALL** close this case.

s/ John E. Jones III
John E. Jones III
United States District Judge